# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>NAZARETH ANDONIAN, et al.,<br><br>　　　　　Defendant(s). | CASE NO.  CR-89-190-SVW<br><br>ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

　　　　Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case as of the date below and discharges Nazareth Andonian for the reasons set forth in the Motion filed by Nazareth Andonian.

Date: January 3, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

cc: USPO, USM

---

[PROPOSED] ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

1